No. 99–893.  STATLAND ET UX. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–896.  CRUMP *v.* BEST TEMPS.  Sup. Ct. Del.  Certiorari denied.

No. 99–906.  WILKINSON ET AL. *v.* RUSSELL ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–907.  RINGO *v.* WASHINGTON STATE LIQUOR CONTROL BOARD.  Ct. App. Wash.  Certiorari denied.

No. 99–912.  KLINE ET AL. *v.* CITY OF KANSAS CITY.  C. A. 8th Cir.  Certiorari denied.

No. 99–913.  ARCTIC ALASKA FISHERIES CORP. *v.* HODDEVIK. Ct. App. Wash.  Certiorari denied.

No. 99–914.  KELLENBERG MEMORIAL HIGH SCHOOL ET AL. *v.* SECTION VIII OF THE NEW YORK STATE PUBLIC HIGH SCHOOL ATHLETIC ASSN., INC.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 99–917.  PINKLEY INC., T/A "BRADLEY BOOKS" *v.* SERVACEK ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–921.  HOWARD *v.* OAKWOOD HOMES CORP.  Ct. App. N. C.  Certiorari denied.

No. 99–924.  FIELDS *v.* POOL CO.  C. A. 5th Cir.  Certiorari denied.

No. 99–925.  INTERSTELLAR STARSHIP SERVICES, LTD., ET AL. *v.* EPIX, INC.  C. A. 9th Cir.  Certiorari denied.

No. 99–927.  ROSS ET AL. *v.* ALASKA ET AL.  C. A. 9th Cir. Certiorari denied.